IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | DOCKET NO.: 3:20 mj 145-DSC |
| v. | ) | |
| | ) | |
| KAREEM LAMONTHAY JOHNSON | ) | |
| _____ | ) | |

## ORDER DISMISSING COMPLAINT

Leave of Court is hereby granted for the dismissal of the Criminal Complaint in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, Defense Counsel and the United States Attorney's Office.

**SO ORDERED**.

Signed: June 10, 2020

David S. Cayer
United States Magistrate Judge